# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH CASTAGNA,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO.   20-cv-5879 |
| | : | |
| **KILOLO KIJAKAZI,** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this   3RD   day of May, 2022, upon consideration of Plaintiff's Request for Review (ECF No. 15), Defendant's response thereto (ECF No. 16), and Plaintiff's Reply Brief (ECF No. 24), and for the reasons provided in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**; and

2. Judgment is entered in favor of the Defendant.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge